1    JOSEPH P. RUSSONIELLO (CABN 44332)
     United States Attorney
2
     BRIAN J. STRETCH (CABN 163973)
3    Chief, Criminal Division

4    JOSHUA HILL (CABN 250842)
     Assistant United States Attorney
5
         1301 Clay Street, Suite 340S
6        Oakland, California 94612
         Telephone: (510) 637-3740
7        Facsimile: (510) 637-3724
         E-Mail: Joshua.Hill2@usdoj.gov
8
     Attorneys for the United States of America
9

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14   UNITED STATES OF AMERICA,           )   No. CR-08-070470 WDB
                                         )   No. CR-08-070461 WDB
15              Plaintiff,               )
                                         )   STIPULATION AND [PROPOSED]
16   vs.                                 )   ORDER REGARDING WAIVER OF TIME
                                         )   PROVISIONS OF RULE 5.1 AND 18 U.S.C.
17   JOSE ANTONIO AGUILAR ESQUIVEL,      )   § 3161(b) AND SETTING DATE FOR
                                         )   STATUS HEARING
18              Defendant.               )
                                         )
19

20        IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill,

21   and the defendant through his attorney, Mike McDonnell, that the next hearing on the status of

22   this matter shall be set for September 10, 2008 at 10:00 a.m.  Defendant and his counsel continue

23   to waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a

24   preliminary hearing to be held within 10 days of his initial appearance and 18 U.S.C. § 3161(b)

25   requiring an indictment to be filed within thirty days from the date of arrest.  Defendant has

26   recently retained new counsel.  Therefore, defendant's waiver is based on the need for continuity

FILED

AUG 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1    of counsel and reasonable time necessary for effective preparation.  The defense agrees that the

2    waiver covers all time between August 5, 2008 and September 10, 2008.

3    IT IS SO STIPULATED:

4    Dated: August 15, 2008                    /s/ Mike McDonnell
                                               MIKE McDONNELL
5                                              *Attorney for Defendant*

6

7    Dated: August 15, 2008                    /s/ Joshua Hill
                                               JOSHUA HILL
8                                              Assistant United States Attorney

9

10                                **ORDER**

11          GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that time limits under

12   Rule 5.1(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) are waived, and

13   the parties shall appear for a status hearing in this matter on September 10, 2008 at 10:00 a.m.

14

15   Dated: August 15, 2008

16                                             HONORABLE WAYNE D. BRAZIL
                                               United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

Stip and [Proposed] Order                              2