1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
         1301 Clay Street, Suite 340S
6        Oakland, California 94612
         Telephone: (510) 637-3740
7        Facsimile: (510) 637-3724
         E-Mail: Joshua.Hill2@usdoj.gov
8
   Attorneys for the United States of America
9

10

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14 UNITED STATES OF AMERICA,        )   No. 4-08-070461 WDB
                                    )
15              Plaintiff,          )   STIPULATION AND ORDER
                                    )   REGARDING WAIVER OF TIME
16 vs.                              )   PROVISIONS OF RULE 5.1 AND 18 U.S.C.
                                    )   § 3161(b) AND SETTING DATE FOR
17 JOSE ANTONIO AGUILAR ESQUIVEL,   )   STATUS HEARING
                                    )
18              Defendant.          )
   _____)
19

20      IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill,

21 and the defendant through his attorney, Mike McDonnell, that the next hearing on the status of

22 this matter shall be set for December 10, 2008 at 10:00 a.m.  Defendant and his counsel continue

23 to waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a

24 preliminary hearing to be held within 10 days of his initial appearance.  The United States and

25 defendant continue to discuss the possible resolution of this matter, which may also include

26 resolution of charges currently pending in the Eastern District of Washington.  Defendant's

Stip and [Proposed] Order                    1

waiver is based on the need for continuity of counsel and reasonable time necessary for effective preparation. The defense agrees that the waiver covers all time between November 19, 2008 and December 10, 2008.

IT IS SO STIPULATED:

Dated: November 19, 2008                    /s/ Mike McDonnell
                                            MIKE McDONNELL
                                            *Attorney for Defendant*


Dated: November 19, 2008                    /s/ Joshua Hill
                                            JOSHUA HILL
                                            Assistant United States Attorney


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that time limits under Rule 5.1(c) of the Federal Rules of Criminal Procedure, and the parties shall appear for a status hearing in this matter on December 10, 2008 at 10:00 a.m.

Dated: November 20, 2008                    _____
                                            HONORABLE WAYNE D. BRAZIL
                                            United States Magistrate Judge

Stip and [Proposed] Order                           2